UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:26-cr-151- CEM -LHP
18 U.S.C. § 111(a)

LOUIS FIGARATTO, JR.

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
## (Assaulting, Resisting, or Impeding a Federal Officer)

On or about December 19, 2025, in the Middle District of Florida, the defendant,

LOUIS FIGARATTO, JR.,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with B.A., an officer and employee of the United States Department of Veterans Affairs, while B.A. was engaged in his official duty or on account of the performance of his official duty, and the forcible assault, resistance, opposition, impediment, intimidation, and interference resulted in physical contact with B.A.

In violation of 18 U.S.C. § 111(a).

A TRUE BILL.

Fc

GREGORY W. KEHOE
United States Attorney

By: _____
Brandon Cruz
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

2

FORM OBD-34

June 26

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## LOUIS FIGARATTO, JR.

## INDICTMENT

Violations: 18 U.S.C. § 111(a)

A true b

ın

Filed in open court this _17th_ day

of June 2026.

_____
Clerk

Bail $_____

GPO 863 525